NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3430

HOWARD M. ZWAGIL,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

Howard Margulies, Law Office of Mark W. Howes, of Annapolis, Maryland, argued for petitioner. On the brief was Mark W. Howes.

Roger A. Hipp, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Assistant Director.

Appealed from: United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-3430

HOWARD M. ZWAGIL,

Petitioner,

v.

GENERAL SERVICES ADMINISTRATION,

Respondent.

## Judgment

ON APPEAL from the  Merit Systems Protection Board

in CASE NO(S).      PH0752040421-M-1

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED.  <u>See</u> Fed. Cir. R. 36.

Per Curiam (MICHEL, <u>Chief Judge</u>, LOURIE and BRYSON, <u>Circuit Judges</u>).

*ENTERED BY ORDER OF THE COURT*

*DATED:* <u>July 10, 2007</u>          <u> /s/ Jan Horbaly </u>

Jan Horbaly, Clerk